No. 82–914. MONSANTO CO. v. SPRAY-RITE SERVICE CORP. C. A. 7th Cir. Certiorari granted. JUSTICE

WHITE took no part in the consideration or decision of this petition.